# United States District Court

## Western District of Texas

JULISSA JIMENEZ, Individually and
on behalf of Armando Jimenez, Jr., Deceased,
Plaintiff,

                v.

GRAND ISLE SHIPYARD, INC.,
Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    DR-21-CV-013- AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Defendant's Motions to Dismiss and, Subject Thereto, Answer and Defenses to Plaintiffs'[sic] Original Complaint, (ECF No. 2), is GRANTED. The Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

10/18/2021

*Date*

Jeannette J. Clack

*Clerk*

*J. Sanchez*

*(By) Deputy Clerk*